IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BILLY LEE WEBB, | ) |
|     Petitioner, | ) Civil Action No. 7:05CV00654 |
| v. | ) **ORDER** |
| DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, | ) By: Hon. Jackson L. Kiser |
|     Respondent. | ) Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it now hereby

**ORDERED**

that the petitioner's motion to alter or amend judgment under Rule 59(e) of the Federal Rules of Civil Procedure shall be and hereby is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and all counsel of record.

ENTER: This 20th day of March, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge